1 HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
3 Counsel Designated for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5

6 Attorneys for Defendant
ADOLFO VALENCIA ALVAREZ
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 2:09-cr-358 WBS |
|---|---|
| Plaintiff, | **AMENDED STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ADOLFO VALENCIA ALVAREZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable WILLIAM B. SHUBB |

Defendant, ADOLFO VALENCIA ALVAREZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

 1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

 2. On October 21, 2013, this Court sentenced Mr. Alvarez to a term of 135 months imprisonment;

 3. His total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months;

4. The sentencing range applicable to Mr. Alvarez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Alvarez' total offense level has been reduced from 33 to 31, and his amended guideline range is 120 to 135 months, as limited by operation of the statutory mandatory minimum;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Alvarez' term of imprisonment to a total term of 120 months. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  December 7, 2015                            Dated:  December 7, 2015

BENJAMIN B. WAGNER                             HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender


 /s/  Jason Hitt                                                /s/ Hannah Labaree
JASON HITT                                                    HANNAH R. LABAREE
Assistant U.S. Attorney                                   Assistant Federal Defender

Attorney for Plaintiff                                        Attorney for Defendant
UNITED STATES OF AMERICA                     ADOLFO VALENCIA ALVAREZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Alvarez is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 120 to 135 months, as limited by operation of the statutory mandatory minimum.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2013 is reduced to a term of 120 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Alvarez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  December 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE